UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN, | No. 2:17-cv-0537 AC P |
| Petitioner, | |
| v. | ORDER |
| JIM McDONALD, Sheriff, | |
| Respondent. | |

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is presently incarcerated at Twin Towers Correctional Facility in Los Angeles County and he is serving a sentence for a conviction rendered by the Los Angeles County Superior Court. The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Central District of California. Moreover, though styled as a habeas petition, petitioner also appears to be complaining about the conditions of his confinement. Since he is currently incarcerated in Los

Angeles County, the Central District would also have jurisdiction over these complaints.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: March 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE